# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO: AU:25-CR-00283(1)-ADA |
| (1) JUAN ROBLEDO-TREVINO | § § | |

### ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed May 27, 2025, wherein the defendant (1) JUAN ROBLEDO-TREVINO waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) JUAN ROBLEDO-TREVINO to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) JUAN ROBLEDO-TREVINO's plea of guilty to Count One (1) is accepted.

Signed this 18th day of June, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE